# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2147. TERRENCE LEE COVINGTON v. THE STATE.**

In 2023, Terrence Lee Covington pled guilty to the sexual abuse of a disabled adult and was sentenced to a total of 20 years, with 7 years to serve in confinement and the remainder on probation. Covington filed a motion to modify his sentence, which the superior court denied, and he appealed. This Court affirmed the superior court's denial of that motion in an unpublished opinion. See *Covington v. State*, Case No. A24A1495 (Dec. 16, 2024).

Meanwhile, proceeding pro se, Covington filed a motion to vacate an illegal sentence, arguing that the superior court erred by requiring him to register as a sex offender. The superior court denied the motion on March 25, 2025, and Covington filed a motion for reconsideration. The superior court denied that motion and Covington filed a notice of appeal on May 12, 2025. We, however, lack jurisdiction.

A motion for reconsideration does not extend the time for filing an appellate challenge, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Moreover, assuming arguendo that Covington could have appealed the superior court's March 25, 2025 order, such an appeal is untimely because a notice of appeal must be filed within 30 days after entry of the order sought to be appealed and Covington's notice of appeal was filed 48 days after entry of the superior court's order denying his motion to vacate. See

OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020).

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/13/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*